FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANNY GARCIA-ZAMARRIPA,<br>Defendant. | Criminal Case No. 08CR2486-JAH<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about June 30, 2008, within the Southern District of California, defendant DANNY GARCIA-ZAMARRIPA, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 91.10 kilograms (200.42 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/28/08.

KAREN P. HEWITT
United States Attorney

CALEB MASON
Assistant U.S. Attorney

CEM:mg:Imperial
7/9/08